# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand and seventeen,

Before: JON O. NEWMAN,
GUIDO CALABRESI,
ROSEMARY S. POOLER,
*Circuit Judges*.

| | |
|---|---|
| Melody Bynum, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 16-3348 |
| v. | |
| Maplebear Inc., DBA Instacart, | |
| Defendant - Appellee. | |

Appellant having filed a petition for panel rehearing and the panel that determined the appeal having considered the request,

IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court